The Honorable Robert S. Lasnik

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>　v.<br><br>JULIAN GUTIERREZ-PONCE, and<br>JUAN JOSE VEGA-FLORES,<br><br>　　　　　　　Defendants. | NO. CR20-036-RSL<br><br>ORDER CONTINUING TRIAL |

Having considered the record and the parties' joint motion, and General Order 02-20 for the Western District of Washington, the Court FINDS that trial in this case cannot proceed on the currently scheduled date of May 11, 2020. For the reasons detailed in the parties' joint motion, the ends of justice served by granting a continuance outweigh the best interests of the public and the defendants in a speedy trial. 18 U.S.C. § 3161(h)(7)(A), (B)(i), (iv).

IT IS THEREFORE ORDERED that the parties' joint motion to continue the trial date and other dates is GRANTED.

Trial in this matter is set for November 2, 2020.

Pretrial motions are due no later than September 28, 2020.

1   IT IS FURTHER ORDERED that the time between the date of the filing of the
2 parties' joint motion and the new trial date is excluded in computing the time within which
3 trial must commence because the ends of justice served by granting this continuance
4 outweigh the best interest of the public and the defendants in a speedy trial. 18 U.S.C.
5 § 3161(h)(7)(A). Failure to grant this continuance would likely make trial impossible and
6 result in a miscarriage of justice, and would deny counsel for the defendants and government
7 counsel the reasonable time necessary for effective preparation, taking into account the
8 exercise of due diligence. *Id.* § (B)(i), (iv).

Dated this 2nd day of April, 2020.

*/s/ Robert S. Lasnik*
Robert S. Lasnik
United States District Judge