THE HONORABLE ROBERT S. LASNIK

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR20-036RSL |
| Plaintiff, | ) | |
| vs. | ) | ORDER GRANTING UNOPPOSED MOTION TO MODIFY BOND CONDITIONS |
| JULIAN GUTIERREZ-PONCE, | ) | |
| Defendant. | ) | |

THIS MATTER has come on before the Court on Julian Gutierrez-Ponce's unopposed motion requesting a modification of his Appearance Bond. Mr. Gutierrez-Ponce requests that the Court eliminate the location monitoring condition of his appearance bond. The Court has reviewed the motion and the record in this case and finds Mr. Gutierrez-Ponce's unopposed request reasonable and appropriate.

IT IS ORDERED that location monitoring is eliminated as a condition of Mr. Gutierrez-Ponce's Appearance Bond. Specifically, that the following language is deleted from the Appearance Bond, Dkt. 10:

> The defendant shall participate in the location monitoring program with Active Global Positioning Satellite technology. The defendant shall comply with a curfew as directed by the location monitoring specialist. The defendant shall abide by all program requirements, and must contribute towards the costs of the services, to the extent financially able, as determined by the location monitoring specialist.
ORDER GRANTING UNOPPOSED MOTION
TO MODIFY BOND CONDITIONS - 1
*USA v. Julian Gutierrez-Ponce*; CR20-036RSL

**FEDERAL PUBLIC DEFENDER**
**1601 Fifth Avenue, Suite 700**
**Seattle, Washington 98101**
**(206) 553-1100**

All other conditions of Mr. Gutierrez-Ponce's Appearance Bond remain in effect.

DONE this 6th day of April, 2020.

*[signature: M S Lasnik]*
Robert S. Lasnik
United States District Judge

Presented by:

s/ *Vanessa Pai-Thompson*
Vanessa Pai-Thompson
Assistant Federal Public Defender
Attorney for Julian Gutierrez-Ponce

ORDER GRANTING UNOPPOSED MOTION
TO MODIFY BOND CONDITIONS - 2
*USA v. Julian Gutierrez-Ponce*; CR20-036RSL

**FEDERAL PUBLIC DEFENDER**
**1601 Fifth Avenue, Suite 700**
**Seattle, Washington 98101**
**(206) 553-1100**