1
2
3
4
5
6
7
8
9
10
11
12
13
14
15

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JULIAN GUTIERREZ-PONCE, and<br>JUAN JOSE VEGA-FLORES,<br><br>Defendants. | Case No. CR20-36RSL<br><br>ORDER GRANTING JOINT MOTION TO CONTINUE TRIAL DATE AND PRETRIAL MOTIONS DEADLINE |

16  This matter comes before the Court on the parties' "Joint Motion to Continue Trial Date
17  and Pretrial Motions Deadline." Dkt. #56. Having considered the facts set forth in the motion,
18  and the defendants' knowing and voluntary waivers (Dkts. #57, #58), the Court finds as follows:

19  1.  The Court adopts the facts set forth in the motion; specifically, that defense
20  counsel needs additional time to review the discovery provided by the government and to
21  prepare for trial. The Court accordingly finds that a failure to grant a continuance would deny
22  counsel, and any potential future counsel, the reasonable time necessary for effective
23  preparation, taking into account the exercise of due diligence, within the meaning of 18 U.S.C.
24  § 3161(h)(7)(B)(iv).
25
26  2.  The Court finds that a failure to grant a continuance would likely result in a
27  miscarriage of justice, as set forth in 18 U.S.C. § 3161(h)(7)(B)(i).
28

ORDER GRANTING MOTION TO CONTINUE TRIAL - 1

3. The Court finds that the additional time requested between November 2, 2020, and the proposed trial date of May 24, 2021 is a reasonable period of delay, as defense counsel needs additional time to effectively prepare for trial. The Court finds that this additional time is necessary to provide defense counsel reasonable time to prepare for trial, considering all the facts set forth above.

4. The Court further finds that this continuance would serve the ends of justice, and that these factors outweigh the best interests of the public and defendants in a speedier trial, within the meaning of 18 U.S.C. § 3161(h)(7)(A).

5. Defendants have each signed waivers indicating that they have been advised of their right to a speedy trial and that, after consulting with counsel, they have knowingly and voluntarily waived that right and consented to the continuation of their trial to a date up to and including June 7, 2021 with respect to Mr. Gutierrez-Ponce, Dkt. #58, and June 24, 2021 with respect to Mr. Vega-Flores, Dkt. #57, which will permit trial to start on May 24, 2021, per the parties' request.

IT IS HEREBY ORDERED that the trial date be continued from November 2, 2020 to May 24, 2021.

IT IS FURTHER ORDERED that the pretrial motions deadline be continued to April 2, 2021.

IT IS FURTHER ORDERED that the period of time from the current trial date of November 2, 2020, up to and including the new trial date, shall be excludable time pursuant to 18 U.S.C. § 3161, *et seq.* The period of delay attributable to this filing and granting of this motion is excluded for speedy trial purposes pursuant to 18 U.S.C. §§ 3161(h)(1)(D), (h)(7)(A), and (h)(7)(B).

//

//

ORDER GRANTING MOTION TO CONTINUE TRIAL - 2

1   DATED this 23rd day of September, 2020.

*/s/ Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

ORDER GRANTING MOTION TO CONTINUE TRIAL - 3