THE HONORABLE ROBERT S. LASNIK

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>JULIAN GUTIERREZ-PONCE,<br><br>　　　　Defendant. | No. CR 20-036RSL<br><br>ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL AND FOR SUBSTITUTION OF COUNSEL JOHN HENRY BROWNE |

THE COURT has considered the Motion to Withdraw as Counsel and for Appointment of New Counsel, the accompanying Ex Parte Declaration, and the records and files in this case.

IT IS NOW ORDERED that Assistant Federal Public Defender Vanessa Pai-Thompson is permitted to withdraw as defense counsel in this matter, and that John Henry Browne is permitted to substitute as counsel for Mr. Gutierrez-Ponce.

DONE this 16th day of March, 2021.

_____
ROBERT S. LASNIK
UNITED STATES DISTRICT JUDGE

Presented by:

s/ *Vanessa Pai-Thompson*
Assistant Federal Public Defender

ORDER TO WITHDRAW AS COUNSEL
AND FOR SUBSTITUTION OF COUNSEL
JOHN HENRY BROWNE
(*USA v. Gutierrez-Ponce*; CR20-36RSL) - 1

FEDERAL PUBLIC DEFENDER
1601 Fifth Avenue, Suite 700
Seattle, Washington 98101
(206) 553-1100