UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JULIAN GUTIERREZ-PONCE,<br><br>Defendant. | No. CR20-036-RSL<br><br>**PRELIMINARY ORDER**<br><br>**OF FORFEITURE** |

THIS MATTER comes before the Court on the United States' Motion for Entry of a Preliminary Order of Forfeiture ("Motion") seeking to forfeit, to the United States, Defendant Julian Gutierrez-Ponce's interest in the following property ("Subject Property"):

1.   $15,900 in U.S. currency, seized on or about February 19, 2020, from Defendant Gutierrez-Ponce's residence in Seattle, Washington;

2.   $16,000 in U.S. currency, seized on or about February 19, 2020, from Defendant Gutierrez-Ponce's residence in Seattle, Washington; and

3.   A Polymer 80 9mm pistol and 40 rounds of ammunition, seized on or about February 19, 2020, from Defendant Gutierrez-Ponce's residence in Seattle, Washington.

//

The Court, having reviewed the United States' Motion, as well as the other papers and pleadings filed in this matter, hereby FINDS entry of a Preliminary Order of Forfeiture is appropriate because:

- The above-identified property is forfeitable pursuant to 21 U.S.C. § 853(a), as it constitutes or is traceable to proceeds of, and/or facilitated his commission of Conspiracy to Distribute Controlled Substances, in violation of 21 U.S.C. §§ 841(a)(1), (b)(1)(C), and 846; and,

- Pursuant to the plea agreement he entered on August 31, 2021, the Defendant agreed to forfeit the Subject Property pursuant to 21 U.S.C. § 853(a) (Dkt. No. 97, ¶ 12).

NOW, THEREFORE, THE COURT ORDERS:

1.      Pursuant to 21 U.S.C. § 853(a) and his plea agreement, the Defendant's interest in the Subject Property is fully and finally forfeited, in its entirety, to the United States;

2.      Pursuant to Fed. R. Crim. P. 32.2(b)(4)(A)-(B), this Preliminary Order will be final as to the Defendant at the time he is sentenced, it will be made part of the sentence, and it will be included in the judgment;

3.      The Department of Justice, Drug Enforcement Administration ("DEA"), and/or its authorized agents or representatives, shall maintain the Subject Property in its custody and control until further order of this Court;

4.      Pursuant to Fed. R. Crim. P. 32.2(b)(6) and 21 U.S.C. § 853(n), the United States shall publish notice of this Preliminary Order and its intent to dispose of the Subject Property as permitted by governing law.  The notice shall be posted on an official government website – currently www.forfeiture.gov – for at least thirty (30) days.  For any person known to have alleged an interest in the property, the United States shall, to the extent possible, provide direct written notice to that person.  The notice shall state that any person, other than the Defendant, who has or claims a legal interest in the property

Preliminary Order of Forfeiture - 2
*United States v. Julian Gutierrez-Ponce*, CR20-036-RSL

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

1  must file a petition with the Court within sixty (60) days of the first day of publication of

2  the notice (which is thirty (30) days from the last day of publication), or within thirty (30)

3  days of receipt of direct written notice, whichever is earlier.  The notice shall advise all

4  interested persons that the petition:

     a.   shall be for a hearing to adjudicate the validity of the petitioner's alleged interest in the property;

     b.   shall be signed by the petitioner under penalty of perjury; and,

     c.   shall set forth the nature and extent of the petitioner's right, title, or interest in the property, as well as any facts supporting the petitioner's claim and the specific relief sought.

5.     If no third-party petition is filed within the allowable time period, the United States shall have clear title to the Subject Property, and this Preliminary Order shall become the Final Order of Forfeiture as provided by Fed. R. Crim. P. 32.2(c)(2);

6.     If a third-party petition is filed, upon a showing that discovery is necessary to resolve factual issues it presents, discovery may be conducted in accord with the Federal Rules of Civil Procedure before any hearing on the petition is held.  Following adjudication of any third-party petitions, the Court will enter a Final Order of Forfeiture, pursuant to Fed. R. Crim. P. 32.2(c)(2) and 21 U.S.C. § 853(n), reflecting that adjudication; and,

7.     The Court will retain jurisdiction for the purpose of enforcing this Preliminary Order, adjudicating any third-party petitions, entering a Final Order of Forfeiture, and amending the Preliminary Order or Final Order as necessary pursuant to Fed. R. Crim. P. 32.2(e).

IT IS SO ORDERED.

DATED this __28th__ day of _____December_____, 2021.

_____
THE HON. ROBERT S. LASNIK
UNITED STATES DISTRICT JUDGE

Preliminary Order of Forfeiture - 3
*United States v. Julian Gutierrez-Ponce*, CR20-036-RSL

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

Presented by:

 _s/ Krista K. Bush_
KRISTA K. BUSH
Assistant United States Attorney
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, WA 98101
(206) 553-2242
Krista.Bush@usdoj.gov

Preliminary Order of Forfeiture - 4
*United States v. Julian Gutierrez-Ponce*, CR20-036-RSL

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970