The Honorable Robert S. Lasnik

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> JULIAN GUTIERREZ-PONCE, <br><br> Defendant. | No. CR20-036-RSL <br><br> **FINAL ORDER OF FORFEITURE** |

THIS MATTER comes before the Court on the United States' Motion for a Final Order of Forfeiture ("Motion") for the following property ("Subject Property"):

1. $15,900 in U.S. currency, seized on or about February 19, 2020, from Defendant Gutierrez-Ponce's residence in Seattle, Washington;

2. $16,000 in U.S. currency, seized on or about February 19, 2020, from Defendant Gutierrez-Ponce's residence in Seattle, Washington; and

3. A Polymer 80 9mm pistol and 40 rounds of ammunition, seized on or about February 19, 2020, from Defendant Gutierrez-Ponce's residence in Seattle, Washington.

///

Final Order of Forfeiture - 1
*United States v. Julian Gutierrez-Ponce*, CR20-036-RSL

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

The Court, having reviewed the United States' Motion, as well as the other papers and pleadings filed in this matter, hereby FINDS entry of a Final Order of Forfeiture is appropriate because:

- In the Plea Agreement that the Defendant entered on August 31, 2021, the Defendant agreed to forfeit the Subject Property pursuant to 21 U.S.C. § 853(a). Dkt. No. 97, ¶ 12;

- On December 28, 2021, the Court entered a Preliminary Order of Forfeiture, finding the Subject Property forfeitable pursuant to 21 U.S.C. § 853(a) and forfeiting the Defendant's interest in it. Dkt. No. 104;

- Thereafter, the United States published notice of the pending forfeiture as required by 21 U.S.C. § 853(n)(1) and Federal Rule of Criminal Procedure ("Fed. R. Crim. P.") 32.2(b)(6)(C) (Dkt. No. 109), and also provided direct notice to two potential claimants as required by Fed. R. Crim. P. 32.2(b)(6)(A) (Declaration of Assistant U.S. Attorney Krista K. Bush in Support of Motion for Entry of a Final Order of Forfeiture, ¶ 2, Exhibits A-B); and

- The time for filing third-party petitions has expired, and none were filed.

NOW, THEREFORE, THE COURT ORDERS:

1. No right, title, or interest in the Subject Property exists in any party other than the United States;

2. The property is fully and finally condemned and forfeited, in its entirety, to the United States; and

///

///

Final Order of Forfeiture - 2
*United States v. Julian Gutierrez-Ponce*, CR20-036-RSL

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

3.     The United States Department of Justice, and/or its representatives, are authorized to dispose of the property in accordance with the law.

IT IS SO ORDERED.

DATED this  15th  day of      July         2022.

*signature*

THE HON. ROBERT S. LASNIK
UNITED STATES DISTRICT JUDGE

Presented by:

  *s/ Krista K. Bush*
KRISTA K. BUSH
Assistant United States Attorney
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, WA 98101
(206) 553-2242
Krista.Bush@usdoj.gov

Final Order of Forfeiture - 3
*United States v. Julian Gutierrez-Ponce*, CR20-036-RSL

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970